**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00400-CV

———————————

**GEANA GOLDEN, Appellant**

**V.**

**DEAN BRADLEY MCNEELY, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-35893**

---

## MEMORANDUM OPINION

Appellant, Geana Golden, has failed to timely file a brief. *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did

not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.